# United States District Court
### for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

RICHARD ABBATE, ET AL.

| Plaintiff | Case Number |
| --- | --- |
| vs. | |
| KINGDOM OF SAUDI ARABIA, ET AL. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Terrorist Attacks

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:03-MD-01570-GBD-SN |
| Defendant | |

IH-32                                                                                                Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open      (If so, set forth procedural status and summarize any court rulings.)

PARTIAL JUDGMENT HAS BEEN GRANTED FOR SEVERAL PLAINTIFFS, HOWEVER THE CASE IS STILL ONGOING. MOTIONS TO DISMISS PENDING.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

THIS IS ALSO A SEPTEMBER 11TH CASE FOR PERSONAL INJURY AND WRONGFUL DEATH THAT IS AGAINST THE SPONSORERS OF TERRORISM AND INVOLVES MANY OF THE SAME DEFENDANTS IN THE RELATED ACTION. WE ARE SEEKING SIMILAR RELIEF IN THE FORM OF DAMAGES FOR THE PLAINTIFFS HEREIN.

Signature: /S/ CHRISTOPHER R. LOPALO                Date: 11/07/2017

Firm: NAPOLI SHKOLNIK, PLLC