IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |
| *This document relates to:*<br><br>*The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al.*, No. 16-cv-7853; *Aguilar, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09663; *Addesso, et al. v. Kingdom of Saudi Arabia, et al.*, No. 16-cv-09937; *Hodges, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00117; *Aiken, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-00450; *Charter Oak Fire Insurance Co., et al. v. Al Rajhi Bank, et al.*, No. 17-cv-02651; *Abarca, et al., v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03887; *Arrowood Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-03908; *Abedhajajreh v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-06123; *Fraser, et al. v. Al Qaeda Islamic Army, et al.*, No. 17-cv-07317; *Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-07914; and *Abbate, et al. v. Kingdom of Saudi Arabia, et al.*, No. 17-cv-08617. | |

## MOTION FOR ADMISSION OF MICHAEL MAHAFFEY PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael Mahaffey, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Al Rajhi Bank in the above-caption litigation.

I am a member in good standing of the Bar of the District of Columbia and there are no

–2–

pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached hereto is an affidavit in compliance with Local Rule 1.3.

Dated: May 10, 2023　　　　　　　　　　　　　Respectfully submitted,
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Michael Mahaffey*
　　　　　　　　　　　　　　　　　　　　　　　Michael Mahaffey
　　　　　　　　　　　　　　　　　　　　　　　WHITE & CASE LLP
　　　　　　　　　　　　　　　　　　　　　　　701 Thirteenth Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　　　　Telephone:　 + 1 202 626 3600
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　 + 1 202 639 9355
　　　　　　　　　　　　　　　　　　　　　　　michael.mahaffey@whitecase.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Al Rajhi Bank*